UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14037-CR-CANNON

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JAVON TRAVIS THOMAS,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek Maynard Following Change of Plea Hearing [ECF No. 25].   On December 15, 2021, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 21] during which Defendant pled guilty to the sole count of the Indictment [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF Nos. 22, 23].  Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the Indictment [ECF No. 25].  No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1.  The Report and Recommendation [ECF No. 25] is **AFFIRMED AND ADOPTED**.

2.  The guilty plea entered into by Defendant Javon Travis Thomas as to the sole count of the Indictment is **ACCEPTED**.

CASE NO. 21-14037-CR-CANNON

3. Defendant Javon Travis Thomas is adjudicated guilty of the sole count of the Indictment, which charges him with knowingly possessing a firearm as a convicted felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 5th day of January 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record